IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEE M. ROBY,

    Plaintiff,

v.

AMERICAN AIRLINES,

    Defendant.

No. C 04-04650 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On July 28, 2005, Plaintiff filed a motion to amend/correct her complaint, which currently is noticed for hearing on October 14, 2005. The Court HEREBY ORDERS that Defendant's opposition shall be due on August 26, 2005, and Plaintiff's reply, if any, shall be due on September 2, 2005. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 11, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE