F. ANTHONY EDWARDS
SEIBEL, FINTA & EDWARDS
1850 Mt. Diablo Blvd., Suite 650
Walnut Creek, CA 94596
Telephone: 925.947.1600
Fax: 925.947.1990

Attorneys for Plaintiff
DEE M. ROBY

PAULA CHAMPAGNE, Bar No. 76545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Fax: 415.434.2302

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE M. ROBY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AIRLINES, CAROL HICKEY, DEBRA WHALEN, PAT NEWTON, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. C-04-4650 JSW<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS CAROL HICKEY, DEBRA WALLEN AND PAT NEWTON; [PROPOSED] ORDER**<br><br>[F.R.C.P. 41(a)(1)] |

　　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dee M. Roby and Defendant American Airlines, Inc. hereby stipulate and request that individual Defendants Carol Hickey, Debra Wallen (incorrectly named as Debra Whalen) and Pat Newton, who have not been served in this action, be dismissed without prejudice as parties to this action. Service upon

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR DISMISSAL　　　　　　　　　　　　　　　　　　　　　　Case No. C-04-4650 JSW

these individuals was to have been accomplished by March 14, 2005, pursuant to the court's Civil Minute Order dated March 4, 2005.

Dated: August 2, 2005

_____
F. ANTHONY EDWARDS
SIEBEL, FINTA & EDWARDS
Attorneys for Plaintiff
DEE M. ROBY

Dated: August 8, 2005

_____
PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

## ORDER

Based upon the parties' stipulation, Defendants Carol Hickey, Debra Wallen and Pat Newton are hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 16, 2005           _____
                                 JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE

Firmwide:80180191.1 009001.1283

2.