# F. ANTHONY EDWARDS

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
1850 MT. DIABLO BOULEVARD
SUITE 650
WALNUT CREEK, CA 94596
E-mail:esquireace@hotmail.com

Phone (925) 947-1600

Fax (925) 947-1990

F. Anthony Edwards, Esq.

Civil Rights
Litigation & Trial
Civil - Criminal
Employment Law
Health Care Law

DECEMBER 14, 2005

**FILED**

DEC 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Honorable James Larson
Magistrate, U.S. District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

    RE: Roby v. American Airlines
        Case No. C-04-4650
        Letter Brief: Re-scheduling of Settlement Conference

Dear Judge Larson:

    Due to an unanticipated personal matter, the settlement conference scheduled for December 15, 2005, commencing at 2:00 p.m., cannot be attended by counsel for Plaintiff. The parties have been in contact with your office, and have agreed, pending your consent, to have this matter heard on February 10, 2006, commencing at 10:00 a.m.

    Thank you for your consideration in this matter.

    Very Truly Yours,

F. Anthony Edwards, Esq.



IT IS SO ORDERED
Judge James Larson