F. ANTHONY EDWARDS
SEIBEL, FINTA & EDWARDS
1850 Mt. Diablo Blvd., Suite 650
Walnut Creek, CA 94596
Telephone: 925.947.1600
Fax: 925.947.1990

Attorneys for Plaintiff
DEE M. ROBY

PAULA CHAMPAGNE, Bar No. 76545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Fax: 415.434.2302

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEE M. ROBY,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C-04-4650 JSW<br><br>**STIPULATION AND REQUEST FOR RESCHEDULING OF SETTLEMENT CONFERENCE**<br><br>Conference: February 10, 2006<br>Time:      10:00 a.m. |

Magistrate Judge James Larson issued a notice of settlement conference and settlement conference order scheduling a settlement conference for February 10, 2006 at 10:00 a.m. Plaintiff DEE ROBY and Defendant AMERICAN AIRLINES, INC. hereby stipulate and request that the Court reschedule this settlement conference because American has a motion for summary judgment pending, which motion will be heard on February 17, 2006. The parties therefore request that the Court set a settlement conference on a date subsequent to February 17, 2006.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR RESCHEDULING OF SETTLEMENT CONFERENCE   Case No. C-04-4650 JSW

Dated: January 31, 2006

_____
F. ANTHONY EDWARDS
SIEBEL, FINTA & EDWARDS
Attorneys for Plaintiff
DEE M. ROBY

Dated: January 31, 2006

_____
PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

### ORDER

Based upon the parties' stipulation, the Court hereby cancels the settlement conference set for February 10, 2006.

IT IS SO ORDERED.

Dated: February 2, 2006
_____
JAMES
UNITED

*IT IS SO ORDERED*
*Judge James Larson*

Firmwide:80180191.1 009001.1283

2.

STIPULATION FOR RESCHEDULING OF SETTLEMENT CONFERENCE    Case No. C-04-4650 JSW